**Albert A. BURCHETT, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 89–SC–284–KB.**

Supreme Court of Kentucky.

May 17, 1990.

As Modified May 24, 1990.

ORDER OF REINSTATEMENT

On recommendation of the Kentucky Bar Association, Albert A. Burchett is hereby reinstated to the practice of law.

Mr. Burchett shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur except COMBS, J., not sitting.

/s/   Robert F. Stephens
CHIEF JUSTICE

**David S. O'BRIEN, Petitioner,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 90–SC–353–KB.**

Supreme Court of Kentucky.

June 28, 1990.

David S. O'Brien, Louisville, for petitioner.

Bruce K. Davis, Kentucky Bar Ass'n, Frankfort, for respondent.

ORDER OF REINSTATEMENT

On recommendation of the Kentucky Bar Association, David S. O'Brien is hereby reinstated to the practice of law.

Mr. O'Brien shall pay the costs incurred by the Kentucky Bar Association in the processing of this application.

All concur.

**In re Robert D. MEREDITH Application for Reinstatement to the Practice of Law.**

**No. 90–SC–280–KB.**

Supreme Court of Kentucky.

June 28, 1990.

ORDER OF REINSTATEMENT

On recommendation of the Inquiry Tribunal of the Kentucky Bar Association Robert D. Meredith is hereby reinstated to the practice of law.

Mr. Meredith shall pay any costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.